IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-905-AP

DIANA CRANDALL FRANTZ,

    Plaintiff,

v.

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Marcy F. Holland
3515 South Tamarac Drive, Suite 200
Denver, Colorado 80237-1430
(303) 757-5000
(303) 689-9627 (facsimile)

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** May 15, 2006

    B. **Date Complaint Was Served on U.S. Attorney's Office:** May 19, 2006

    C. **Date Answer and Administrative Record Were Filed**: July 18, 2006

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief Due:** August 22, 2006

    B. **Defendant's Response Brief Due:** September 22, 2006

    C. **Plaintiff's Reply Brief (If Any) Due:** October 10, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    Plaintiff does not request oral argument

    B.    Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **B.    ( X )  All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of August, 2006.

                        BY THE COURT:

                        S/John L. Kane
                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/  Marcy F. Holland                              WILLIAM J. LEONE
Marcy F. Holland                                  UNITED STATES ATTORNEY
3515 South Tamarac Drive, Suite 200
Denver, Colorado  80237-1430                      s/ Kurt J. Bohn
Telephone:  (303) 757-5000                        KURT J. BOHN
marcyholland@gmail.com

Attorney for Plaintiff                            Assistant U.S. Attorney
                                                  1225 Seventeenth Street, Suite 700
                                                  17th Street Plaza
                                                  Denver, Colorado 80202
                                                  Telephone: (303) 454-0100
                                                  kurt.bohn@usdoj.gov

                                                  s/ Teresa H. Abbott
                                                  By: Teresa H. Abbott
                                                  Special Assistant U.S. Attorney
                                                  teresa.abbott@ssa.gov

                                                  *Mailing Address:*
                                                  1961 Stout St., Suite 1001A
                                                  Denver, Colorado  80294
                                                  Telephone: (303) 844-0815

                                                  *Street Address:*
                                                  United States Attorney's Office
                                                  1225 Seventeenth Street, Suite 700
                                                  Denver, Colorado  80202
                                                  Telephone:  (303) 454-0100

                                                  Attorney for Defendant(s)