IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-00905-AP

DIANA CRANDALL FRANTZ,

      Plaintiff,

v.

JO ANNE B. BARNHART,  COMMISSIONER OF SOCIAL SECURITY

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Marcy F. Holland
3515 South Tamarac Drive, Suite 200
Denver, Colorado  80237-1430
(303) 757-5000
(303) 689-9627 (facsimile)

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

   A.      **Date Complaint Was Filed:**  May 15, 2006

   B.      **Date Complaint Was Served on U.S. Attorney's Office:**  May 19, 2006

   C.      **Date Answer and Administrative Record Were Filed**:  July 18, 2006

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The case raises no unusual claims or defenses.

7.      **OTHER MATTERS**

None.

8.      **PROPOSED BRIEFING SCHEDULE**

   A.      **Plaintiff's Opening Brief Due:**      August 22, 2006

   B.      **Defendant's  Response Brief Due:**  September 22, 2006

   C.      **Plaintiff's  Reply Brief (If Any) Due:** October 10, 2006

**9.** **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.** Plaintiff does not request oral argument

    B. Defendant does not request oral argument.

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **B.** **( X )  All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this 16th day of August, 2006.

                               BY THE COURT:

                               s/John L. Kane
                               SENIOR U.S. DISTRICT COURT JUDGE

APPROVED:


s/  Marcy F. Holland
Marcy F. Holland
3515 South Tamarac Drive, Suite 200
Denver, Colorado  80237-1430
Telephone:  (303) 757-5000
marcyholland@gmail.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)