IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00905-PSF

DIANA CRANDALL FRANTZ,

    Plaintiff,

v.

JO ANNE B. BARNHART

    Defendant.

## ORDER DIRECTING PAYMENT FOR FREE TRANSCRIPT

Figa, Judge

    Plaintiff has submitted a Notice of Appeal. Plaintiff previously was allowed to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in this court in this action. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff is authorized to proceed in forma pauperis on appeal. Pursuant to 28 U.S.C. § 753(f), the court certifies that this appeal is not frivolous and presents a substantial question, i.e., a significant issue that is unique, unusual or reasonably debatable. Accordingly, it is

    ORDERED that the Plaintiff may proceed on appeal without prepayment of fees or security therefor. It is

FURTHER ORDERED that the court reporter shall prepare for inclusion in the record on appeal an original and one copy of the reporter's transcript of the record of proceedings, if ordered by Plaintiff. The transcript fee shall be paid by the United States.

DATED at Denver, Colorado this 26th day of March, 2007.


BY THE COURT:

*s/ Lewis T. Babcock / for*
_____
PHILLIP S. FIGA, JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO