IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00905-RPM

DIANA FRANTZ,

                Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

_____

ORDER OF REMAND
_____

Pursuant to the Mandate issued by the United States Court of Appeals for the Tenth Circuit on February 4, 2007, it is

ORDERED that this case is remanded to the Social Security Administration for additional proceedings consistent with the opinion and judgment issued on December 12, 2007, by the United States Court of Appeals for the Tenth Circuit.

Dated:   February 7, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge