IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 06-cv-00905-RPM

DIANA CRANDALL FRANTZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

Upon review of the Stipulation for Payment of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) dated May 6, 2008, it is

ORDERED that the stipulation for attorney fees under the Equal Access to Justice Act is approved, and the Defendant is ordered to pay Plaintiff attorney fees in the amount of $7,500.00.

DATED at Denver, Colorado, this 8th day of May, 2008.

        BY THE COURT

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge